UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 03- CR-20298-MOORE

UNITED STATES OF AMERICA,

vs.

GRAYLAND JOHNSON,

    Defendant.

_____/

### **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Grayland Johnson (ECF No. 50). Upon referral from Chief District Court Judge K. Michael Moore, the matter was set for a telephonic status conference (ECF No. 60).

Following entry of the Order setting the hearing, Defendant, by and through appointed counsel, has filed his Notice of Admission to Supervised Release Violations (ECF No. 62). Defendant admits the violations charged in the Petition.

According, and upon Defendant's Notice of Intent to Admit, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the Supervised Release Violations as charged.

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and

accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 26th day of June, 2021.

                                                                    _____
                                                                    LAUREN F. LOUIS
                                                                    **UNITED STATES MAGISTRATE JUDGE**

cc:     The Honorable K. Michael Moore
          Counsel of record